THOMPSON SMITH et al., Respondents, *v.* JOHN M. FALCO-
NER, Impleaded, etc., Appellant.

(Submitted December 19, 1879; decided January 13, 1880.)

REPORTED below, 11 Hun, 481.

*Edward P. Wilder* for appellant.

*Charles Whelp* for respondents.

AGREE to affirm without opinion.
All concur.
Judgment affirmed.

---

JOSEPH C. ALGER, Respondent, *v.* BEMAN S. CONGER,
Administrator, etc., et al., Appellants.

(Argued December 12, 1879; decided January 13, 1880.)

REPORTED below, 17 Hun, 45.

*M. M. Waters* for appellants.

*R. H. Duell* for respondent.

AGREE to affirm without opinion.
All concur, except CHURCH, Ch. J., and MILLER, J., dis-
senting.
Order affirmed.